IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ERSKIN RIVERS,<br>TDCJ No. 01369061, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:18-cv-00120-M-BP |
| KEVIN SCHIWART, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on March 28, 2019. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DISMISSES** without prejudice Plaintiff's claims asserted against Defendant in his official capacity for lack of subject matter jurisdiction; **DENIES** Defendant's Motion to Dismiss (ECF No. 10) for failure to state a claim as asserted against Defendant in his individual capacity; and otherwise **DENIES** without prejudice Defendant's Motion to Dismiss (ECF No. 10).

**SO ORDERED** this 8th day of April, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE