IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **ERSKIN RIVERS,** <br> **TDCJ No. 01369061,** <br><br> Plaintiff, <br><br> v. <br><br> **KEVIN SCHIWART,** <br><br> Defendant. | § § § § § § § § § § § § | <br><br><br><br><br> Civil Action No. 7:18-cv-00120-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on April 10, 2020. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. The Court notes that Plaintiff's objections imply that there is another video than the one reviewed by the Magistrate Judge. There was no prior request by Plaintiff for another specific video nor any evidence that such a video exists. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that Defendant's Motion for Summary Judgment is **GRANTED**.

**SO ORDERED** on this 16th day of April, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE